UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Carleen Damberger,

Plaintiff,

vs.

Minter-Weisman Company, and
LeRoy Kieffer, John Helling,
Dolores Smith and Mary Haw,

Defendants.

Civil File No. 00-CV-1112
(DSD/JMM)

**STIPULATION AND ORDER FOR PARTIAL DISMISSAL OF CLAIMS WITH PREJUDICE**

---

In accordance with Fed. R. Civ. P. 41(a)(1), IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that the following claims herein asserted by Plaintiff Carleen Damberger should be dismissed with prejudice:

a. Count One (Breach of Contract), Count Four (Breach of Promise) and Count Eleven (Negligent Supervision) of Plaintiff's Complaint in this Action should be dismissed in their entirety;

b. Count Five (Disability Discrimination under ADA and MHRA), Count Six (Denial of Accommodations under ADA and MHRA), Count Seven (Gender Discrimination under Title VII and MHRA), and Count Eight (Religious Discrimination under Title VII and MHRA) of Plaintiff's Complaint in this Action should be dismissed as against defendants LeRoy Kieffer, John Helling, Dolores Smith and Mary Haw. Counts Five through Eight remain as against defendant Minter Weisman Company;

FILED 7-31-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

c. The intentional infliction of emotional distress claim set forth in Count Ten of Plaintiff's Complaint should be dismissed as against all defendants. Plaintiff's claim for negligent infliction of emotional distress shall remain as against the defendants.

Dated: July 28, 2000.

MASLON EDELMAN BORMAN & BRAND,
a Limited Liability Partnership,

By: ______________________
James F. Hanneman (#202319)
Laura E. Walvoord (#275487)
3300 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8200

COUNSEL FOR DEFENDANTS

Dated: July 25, 2000.

By: ______________________
Thomas B. James (#179747)
440 North Broadway Avenue
Cokato, MN 55321
Telephone (320) 286-6425

COUNSEL FOR PLAINTIFF

**ORDER**

Based upon the foregoing Stipulation:

IT IS HEREBY ORDERED that:

1. Count One (Breach of Contract), Count Four (Breach of Promise), and Count Eleven (Negligent Supervision) of the Plaintiff's Complaint in this Action are dismissed in their entirety, with prejudice;

2. Count Five (Disability Discrimination under ADA and MHRA), Count Six (Denial of Accommodations under ADA and MHRA), Count Seven (Gender Discrimination under Title VII and MHRA), and Count Eight (Religious Discrimination under Title VII and MHRA) of Plaintiff's Complaint in this Action are dismissed, with prejudice, as against defendants LeRoy Kieffer, John Helling, Dolores Smith and Mary Haw. Counts Five through Eight remain as against defendant Minter Weisman Company;

3. The intentional infliction of emotional distress claim set forth in Count Ten of Plaintiff's Complaint is dismissed, with prejudice as against all defendants. Plaintiff's claim for negligent infliction of emotional distress shall remain as against the defendants.

~~LET JUDGMENT BE ENTERED ACCORDINGLY FORTHWITH.~~

Dated: 7/28, 2000.

BY THE COURT:

David S. Doty
United States District Judge