UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Carleen Damberger,

Plaintiff,

vs.

Minter-Weisman Company, and
LeRoy Kieffer, John Helling,
Dolores Smith and Mary Haw,

Defendants.

Civil File No. 00-CV-1112
(DSD/JMM)

**STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS WITH PREJUDICE**

---

In accordance with Fed. R. Civ. P. 41(a)(1), IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that all claims herein asserted by Plaintiff Carleen Damberger should be dismissed with prejudice, without costs, disbursements, or attorneys' fees to any of the parties.

Dated: ~~February~~ March 27th, 2001.

By: ______________________

Thomas B. James (#179747)
440 North Broadway Avenue
Cokato, MN 55321
Telephone (320) 286-6425

COUNSEL FOR PLAINTIFF

FILED 4-26-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. 4-26-01
Deputy Clerk's Initials ____

Dated: April 25, 2001.

MASLON EDELMAN BORMAN & BRAND,
a Limited Liability Partnership,

By: ______________________________

James F. Hanneman (#202319)
Laura E. Walvoord (#275487)
3300 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8200

COUNSEL FOR DEFENDANTS

**ORDER**

Based on the stipulation of the parties by and through their respective counsel of record, IT IS HEREBY ORDERED that this action shall be, and hereby is, dismissed with prejudice, each side to bear his/its own costs, disbursements, and attorneys fees.

LET JUDGMENT BE ENTERED ACCORDINGLY FORTHWITH.

Dated: April 26, 2001.

BY THE COURT:

David S. Doty
United States District Judge